IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MONTIE ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.: 04-1059-An |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to written notice, a telephone Status Conference was held on May 3, 2005 between Michael L. Weinman, counsel for Plaintiff, and Gary Vanasek, counsel for Defendant. At the conference, the following dates were established as the final dates for:

The parties shall have until **July 15, 2005** to file dispositive motions, if any, as to liability and the responding party shall have until **August 19, 2005** to file a response.

If necessary after the Court rules on the issue of liability, another Status Conference will be set to discuss when the case will be ready to set for non-jury trial.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 03, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  5/05/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:04-CV-01059 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Conny Davinroy Beatty
U.S. Postal Service
P.O. Box 66640
St. Louis, MO 63166--664

Honorable S. Anderson
US DISTRICT COURT