IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MONTIE ARRINGTON | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1059 T-AN |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

### ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS

Upon motion of the United States for an order entending the time for filing dispositive motions and for good cause shown, IT IS THEREFORE

ORDERED that the date for filing dispositive motions is extended from July 15, 2005, to August 1, 2005, and the date for filing responses thereto is extended from August 19, 2005 to September 2, 2005.

S. THOMAS ANDERSON
U.S. MAGISTRATE JUDGE

DATED: July 18, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 07-19-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01059 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Conny Davinroy Beatty
U.S. Postal Service
P.O. Box 66640
St. Louis, MO 63166--664

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable S. Anderson
US DISTRICT COURT