# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

MONTIE ARRINGTON

**JUDGMENT IN A CIVIL CASE**

v.

UNITED STATES OF AMERICA

CASE NUMBER: 04-1059-An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 12/22/05, the defendant's motion for summary judgment is GRANTED and this case is hereby DISMISSED.

APPROVED:

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

THOMAS M. GOULD
CLERK

12/28/05
DATE

BY: C. Head
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01059 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Conny Davinroy Beatty
U.S. Postal Service
P.O. Box 66640
St. Louis, MO 63166--664

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
200 Jefferson
Suite 811
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT